**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Glen Ellyn Pharmacy, Inc.
              Plaintiff,

v.                    Case No.: 1:13−cv−00721
                   Honorable Virginia M. Kendall

Bonita Pharmaceuticals, LLC, et al.
              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 25, 2013:

   MINUTE entry before Honorable Virginia M. Kendall:Pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiffs individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff&#039;s class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.